SCHWARTZ SLADKUS REICH
GREENBERG ATLAS LLP
444 Madison Avenue
New York, New York 10022
(212) 743-7000
Direct: (212) 743-7049
Facsimile: (212) 743-7001
Stephen H. Orel (sorel@ssrga.com)
*Counsel for Defendant Mark Steven Acker
In Adv. Pro. No. 22-07038*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: <br><br> MARK STEVEN ACKER, <br><br> Debtor. | Chapter 7 <br><br> 1-22-22359 (SHL) |
| DAVID ACKER AND KAREN ACKER, <br><br> Plaintiffs, <br><br> -against- <br><br> MARK STEVEN ACKER, <br><br> Defendant. | Adv. Pro. No. 22-07038-shl <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance in the above-captioned Adversary Proceeding on behalf of defendant Mark Steven Acker and requests that copies of all notices, pleadings, and other documents in connection with the above-captioned case be given and served upon the undersigned at the office set forth below, by email or through the Court's electronic filing system.

Dated: New York, New York
May 12, 2023

SCHWARTZ SLADKUS REICH
GREENBERG ATLAS LLP

By s/ Stephen Orel
Stephen Orel
*Attorneys for Mark Steven Acker*
444 Madison Avenue
New York, New York 10022
Tel: (212) 743-7000
Direct: (212) 743-7049
Fax: (212) 743-7001
E-Mail: sorel@ssrga.com

4884-7486-2179, v. 2