DAVIDOFF HUTCHER & CITRON LLP  Hearing Date: September 19, 2023
*Attorneys for David & Karen Acker, Plaintiffs*  Hearing Time: 10:00 A.M.
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

MARK STEVEN ACKER,   Chapter 11
   Case No. 22-22359 (SHL)
        Debtor.
----------------------------------------------------------------X

DAVID ACKER AND KAREN ACKER,

        Plaintiffs,

    -against-   Adv. Proc. No.
   22−07038−shl
MARK STEVEN ACKER,

        Defendant.
----------------------------------------------------------------X

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE**, that the Court will hold a status conference in the above captioned adversary proceeding before the Hon. Sean H. Lane, Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on September 19, 2023, at 10:00 a.m. or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE,** that this hearing is to be conducted by Zoom conference. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at http://www.nysb.uscourts.gov/ecourt-appearances.

Dated: White Plains, New York
       August 15, 2023

                        DAVIDOFF HUTCHER & CITRON LLP

                        By: */s/ Jonathan S. Pasternak*
                        Jonathan S. Pasternak
                        120 Bloomingdale Road, Suite 100
                        White Plains, New York 10605
                        (914) 381-7400
                        jsp@dhclegal.com

                        *Attorneys for David & Karen Acker, Plaintiffs*