DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for David & Karen Acker, Plaintiffs*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

*Hearing Date: September 26, 2023*
*Hearing Time: 10:00 A.M.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

MARK STEVEN ACKER,	Chapter 11
	Case No. 22-22359 (SHL)
     Debtor.
---------------------------------------------------------------X

DAVID ACKER AND KAREN ACKER,

     Plaintiffs,

  -against-	Adv. Proc. No.
	22−07038−shl

MARK STEVEN ACKER,

     Defendant.
---------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

**PLEASE TAKE NOTICE**, that the Court will hold a status conference in the above captioned adversary proceeding before the Hon. Sean H. Lane, Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on September 26, 2023, at 10:00 a.m. or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE,** that this hearing is to be conducted by Zoom conference. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at http://www.nysb.uscourts.gov/ecourt-appearances.

Dated: White Plains, New York
August 23, 2023

                              DAVIDOFF HUTCHER & CITRON LLP

                              By: */s/ Jonathan S. Pasternak*
                              Jonathan S. Pasternak
                              120 Bloomingdale Road, Suite 100
                              White Plains, New York 10605
                              (914) 381-7400
                              jsp@dhclegal.com

                              *Attorneys for David & Karen Acker, Plaintiffs*